UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GHASSAN SHAHIN and**
**JAROSLAVA SHAHIN,**

    **Plaintiffs,**

**v.**                                                    **Case No. 8:17-cv-1969-T-27TBM**

**WELLS FARGO FINANCIAL**
**NATIONAL BANK,**

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Dkt. 4). Upon consideration, this case is **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All pending motions, if any, are denied as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 29th day of September, 2017.

                                                             */s/ James D. Whittemore*

                                                             **JAMES D. WHITTEMORE**
                                                             **United States District Judge**

Copies to: Counsel of record